

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Devion Faulkner, Appellant

No. 06-22-00025-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR03094). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the bill of costs and judgment by deleting the time payment fee and to reflect that the amount of reimbursement fees owed is $170.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Devion Faulkner, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 30, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk